IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST FINANCIAL MANAGEMENT GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY PAINTERS OF BALTIMORE, INC., et al. | : | NO. 11-5821 |

## ORDER DENYING MOTION TO DISMISS FOR LACK OF JURISDICTION

AND NOW, this 5th day of April, 2012, upon careful consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 12), Plaintiff's response (ECF No. 17) and supplementary response (ECF No. 19), Defendants' Reply (ECF No. 20), evidence presented at the hearings on September 23, 2011 and December 19, 2011, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-5821 First Fin v Univ\First Fin v University Order re MTD 2-3-12.wpd